**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 26-42255-168** |
| **PACS, LLC,** | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | **Re: Doc. No. 16** |

<u>**ORDER DISMISSING CASE**</u>

Jerry L. Jensen, Acting United States Trustee for the Eastern District of Missouri (the "<u>UST</u>"), filed the United States Trustee's Motion to Dismiss Case for Failure to Comply with Section 1112(e) seeking dismissal of the above-captioned Chapter 11 bankruptcy case for failure to file schedules and statements pursuant to 11 U.S.C. § 1112(e) (the "<u>Motion</u>").  According to the Certificate of Service contained in the Motion, notice of the Motion was transmitted to the Debtor and its proposed Chapter 11 bankruptcy counsel by United Staes mail, first class postage prepaid. However, no written objection or other response to the Motion appears of record.

Now, this Court, having reviewed the Motion filed by the UST, as well as the docket and the record in the above-captioned Chapter 11 case, finds that:

1.      The Motion contained appropriate notice of the Motion and was properly served by the UST according to the certificate of service contained in the Motion.

2.      No objections or other responses were filed to the Motion.

3.      The Debtor has failed to file any timely bankruptcy schedules or statements in this case within the time required by the Federal Rules of Bankruptcy Procedure.

**IT IS THEREFORE ORDERED** that the United States Trustee's Motion to Dismiss Case for Failure to Comply with Section 1112(e) is **GRANTED** in that this Chapter 11 proceeding is **DISMISSED** pursuant to 11 U.S.C. § 1112(e).

1

**IT IS FURTHER ORDERED** that this court shall retain jurisdiction over any professional fee applications relating to the above-captioned Chapter 11 case that are filed pursuant to 11 U.S.C. § 330(a).  Any fee applications of that type must be filed within twenty-one (21) days of the entry of this order and set for hearing upon notice at a date and time to be obtained from the undersigned judge's courtroom deputy.

DATED: July 29, 2026
St. Louis, Missouri
mtc

_____
BONNIE L. CLAIR
Chief United States Bankruptcy Judge

Order drafted by:
Adam E. Miller, EDMO Bar #65429MO
Trial Attorney, Office of the U.S. Trustee
Charles Evans Whittaker Courthouse
400 East 9th Street, Room 3440
Kansas City, MO  64106
(816) 512-1940
adam.e.miller@usdoj.gov

Copies Mailed to:

**William H Ridings Jr**
Ridings Law Firm
2510 S. Brentwood Blvd
Saint Louis, MO 63144

**Adam E. Miller**
Office of the United States Trustee
Charles Evans Whittaker
Courthouse 400 East 9th Street,
Room 3440 Kansas City, MO
64106

**ALL CREDITORS AND PARTIES IN INTEREST.**

2